```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

WARD ROOSEVELT                                    CIVIL ACTION

VERSUS                                            NO: 11-1741

STATE FARM FIRE AND CASUALTY                      SECTION: R(4)
COMPANY

## ORDER AND REASONS

Before the Court is plaintiff Ward Roosevelt's motion to stay.[1]  On March 30, 2012, the Louisiana Supreme Court granted a writ application in *Duckworth v. Louisiana Farm Bureau Mutual Ins. Co.*, No. 2011-C-2385, and *Quinn, et al. v. Louisiana Citizens Property Ins. Corp.,* No. 2012-C-0152.  These cases address the issue of whether filing class action lawsuits suspends the running of prescription against insureds who file individual lawsuits before a class certification determination is made.  Because this prescription issue could be dispositive in this matter, the Court GRANTS plaintiff's motion.

---

[1]    R. Doc. 14.

Accordingly, IT IS ORDERED that the above captioned matter is stayed and ADMINISTRATIVELY CLOSED pending final disposition of *Duckworth v. Louisiana Farm Bureau Mutual Ins. Co.*, No. 2011-C-2385, and *Quinn, et al. v. Louisiana Citizens Property Ins. Corp.*, No. 2012-C-0152.

New Orleans, Louisiana, this 12th day of April, 2012.

_____Sarah Vance_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE